JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
THE STATE OF CALIFORNIA and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES

## DEFENDANTS
PACIFIC INDEMNITY COMPANY

**(b)** County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
State of California

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JUDITH LOACH, Deputy Attorney General
Department of Justice, Office of the Attorney General
P.O. Box 70550, 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550
Telephone: (510) 622-2199

Attorneys (If Known)
07-3717EDL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General |  | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee |  |  |
|  |  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332
Brief description of cause:
Insurance duty to defend - declaratory relief

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ Declaratory Relief
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: August 1, 2008

SIGNATURE OF ATTORNEY OF RECORD

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON, State Bar No. 67167
   Supervising Deputy Attorney General
3  DAVID W. HAMILTON, State Bar No. 88587
   Deputy Attorney General
4  JUDITH LOACH, State Bar No. 162030
   Deputy Attorney General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA  94612-0550
    Telephone:  (510) 622-2199
7   Fax:  (510) 622-2121
    Email:  Judith.Loach@doj.ca.gov
8
   Attorneys for Plaintiffs
9  THE STATE OF CALIFORNIA and THE
   CALIFORNIA DEPARTMENT OF GENERAL
10 SERVICES

FILED
AUG 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08  3717

| THE STATE OF CALIFORNIA and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES, | Case No. |
|---|---|
| Plaintiffs, | COMPLAINT FOR DECLARATORY RELIEF (DUTY TO DEFEND) |
| v. | Courtroom: |
|  | Judge: |
| PACIFIC INDEMNITY COMPANY, |  |
| Defendant. |  |

Plaintiffs THE STATE OF CALIFORNIA and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES allege as follows:

**JURISDICTION AND VENUE**

1.  Plaintiff THE STATE OF CALIFORNIA ("THE STATE") is and was at all times relevant a sovereign state within the United States of America, and plaintiff THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES ("DGS") is and was at all times relevant a branch

Complaint for Declaratory Relief (Duty To Defend)

1

1  department of the State of California. The DGS has no separate existence from that of THE
2  STATE.
3      2.    Plaintiffs allege on information and belief that at all times material, defendant
4  PACIFIC INDEMNITY COMPANY ("PACIFIC INDEMNITY") is a corporation domiciled in
5  the State of Wisconsin and headquartered in the State of New Jersey.
6      3.    The matter in controversy exceeds the sum of $75,000.
7      4.    Diversity jurisdiction exists under 28 U.S.C. § 1332(a)(1).
8      5.    Venue is proper under 28 U.S.C. § 1391(a)(2) in that a substantial part of the
9  events and omissions giving rise to the claims alleged below occurred in this judicial district.
10     6.    This court may declare the rights and legal relations of the parties under 28 U.S.C.
11 § 2201(a) in that this is a case of actual controversy within the court's jurisdiction.

## FIRST CLAIM FOR RELIEF

**(Declaratory Relief - Duty to Defend)**

14     7.    Plaintiffs reallege and incorporate by reference the allegations contained in
15 paragraphs 1-6 of the complaint.
16     8.    Plaintiffs allege on information and belief that PACIFIC INDEMNITY is an
17 insurance company which provided liability insurance coverage to plaintiffs under Pacific
18 Indemnity Policy No. 156300, effective September 20, 1963 to September 20, 1964 (the
19 "Policy").
20     9.    Plaintiffs allege on information and belief that at all times material, the Policy has
21 been in full force and effect, plaintiffs have performed all of their obligations under the Policy or
22 have been excused from such performance, and all premiums on the Policy have been paid.
23     10.    On or about July 9, 2008, a first-amended complaint entitled *Philip Adame, et al.*
24 *v. State of California, et al.*, Civil Action No. 108CV106710, was filed in the Superior Court of
25 the State of California in and for the County of Santa Clara (the "*Adame* action"). The *Adame*
26 action states claims against THE STATE, DGS and other defendants for property damage and
27 bodily injury resulting from the release and migration of toxic materials allegedly applied to a 17
28 acre site from 1921 to the present.

Complaint for Declaratory Relief (Duty To Defend)

2

1  11. Plaintiffs promptly notified PACIFIC INDEMNITY in writing of the *Adame* action and demanded that PACIFIC INDEMNITY defend plaintiffs against the *Adame* action.

12. Under the terms and conditions of the Policy, PACIFIC INDEMNITY was and is obligated to defend plaintiffs against the *Adame* action.

13. An actual controversy exists between plaintiffs, on the one hand, and PACIFIC INDEMNITY, on the other, within the meaning of 28 U.S.C. § 2201, in that plaintiffs contend that, under the terms of the Policy and as implied by law, PACIFIC INDEMNITY has a duty to defend plaintiffs in the *Adame* action. Plaintiffs are informed and believe that PACIFIC INDEMNITY contends to the contrary. A judicial declaration is required to determine the rights and obligations of the parties.

WHEREFORE, plaintiffs pray for judgment against PACIFIC INDEMNITY as follows:

14. That the Court declare the rights, obligations and liabilities of the parties and declare that PACIFIC INDEMNITY owes a duty to defend plaintiffs in the *Adame* action;

15. For costs of suit incurred herein;

16. For such other and further relief as the Court deems just and proper.

Dated: August 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON
JUDITH LOACH
Deputy Attorneys General

/s/ David W. Hamilton

DAVID W. HAMILTON
Deputy Attorney General

Attorneys for Plaintiffs
THE STATE OF CALIFORNIA and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES

Complaint for Declaratory Relief (Duty To Defend)

3