AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA and THE
CALIFORNIA DEPARTMENT OF GENERAL
SERVICES

Plaintiff

v.

PACIFIC INDEMNITY COMPANY

Defendant

)
)
)
)
)
)
)
)
)
)
)
)

CV 08   3717

Civil Action No.

**Summons in a Civil Action**

To: PACIFIC INDEMNITY COMPANY

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JUDITH LOACH
Deputy Attorney General
Department of Justice, Office of the Attorney General
P.O. Box 70550
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 4 2008

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*